UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 17-24704 |
| | ) | |
| SHIRLEY PERKINS | ) | Chapter: 13 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER AUTHORIZING DEBTOR TO WORK WITH ILLINOIS HARDEST HIT FUNDS

THIS MATTER coming to be heard upon the Debtor's motion, the court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

IT IS ORDERED:

1. The Debtor is granted leave to work with Illinois Hardest Hit Funds.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: January 31, 2018

**Prepared by:**

Benjamin D. Rios
IARDC#6317063
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
847-520-8100